UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THOMAS BLACK, as administrator of the Estate of NOAH THOMAS BLACK, deceased, and THOMAS BLACK, individually

                        Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, CSX TRANSPORTATION, INC.

                        Defendant.

------------------------------------------------------------X

7:16-cv-00657 (NSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/18

NELSON S. ROMÁN, United States District Judge

Thomas Black ("Plaintiff") is the natural father of Noah Thomas Black, who deceased on January 31, 2015. Plaintiff was appointed as the administrator of his son's estate and brought this action, with demand for jury trial, on January 28, 2016 to recover for his son's injuries and death. (Complaint, ECF No. 1.) The claims arise under the Federal Torts Claims Act, 28 U.S.C. § 1346(b).

The parties recently notified the Court that they have reached a settlement agreement with regards to the lawsuit, and that they will be submitting their settlement papers shortly. Accordingly, the Court presently DENIES Defendant's motion for partial summary judgment as moot. The Clerk of the Court is respectfully requested to terminate the motion at ECF No. 70.

SO ORDERED

Dated: December 20, 2018
      White Plains, New York

                                                NELSON S. ROMÁN
                                          United States District Judge